379 A.2d 617

Commonwealth v. Wilkes, Appellant.

Submitted September 22, 1976. O. Robert Silverstein, for appellant; Glenn David Price, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.